# EXHIBIT B

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,498,091
Registered Sep. 9, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

## JIM ADLER THE TOUGH, SMART LAWYER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE PHRASE "JIM ADLER" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-261,157, FILED 8-21-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,507,257
Registered Sep. 30, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# JIM ADLER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "JIM ADLER" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-257,385, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

Reg. No. 3,503,851

**United States Patent and Trademark Office** Registered Sep. 23, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# THE TEXAS HAMMER

JIM S. ADLER, P.C. (TEXAS CORPORATION)
1900 WEST LOOP SOUTH, 20TH FLOOR
HOUSTON, TX 770273214

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-2-2002; IN COMMERCE 8-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEXAS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-257,396, FILED 8-16-2007.

MARK RADEMACHER, EXAMINING ATTORNEY



# THE HAMMER

| | |
|---|---|
| **Reg. No. 3,730,395** | JIM S. ADLER, P.C. (TEXAS CORPORATION) |
| **Registered Dec. 29, 2009** | 1900 WEST LOOP SOUTH, 20TH FLOOR<br>HOUSTON, TX 770273214 |
| **Amended Apr. 2, 2013** | FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101). |
| **Int. Cl.: 45** | FIRST USE 3-4-2009; IN COMMERCE 3-4-2009. |
| **SERVICE MARK** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| **PRINCIPAL REGISTER** | REGISTRATION LIMITED TO THE AREA COMPRISING THE UNITED STATES, EXCLUDING THE STATES OF INDIANA AND OHIO AND THE COMMONWEALTH OF KENTUCKY, PURSUANT TO CONCURRENT USE PROCEEDING NO. 94002464. CONCURRENT USE WITH APPLICATION SERIAL NO. 77701833. |
| | SER. NO. 77-245,818, FILED 8-2-2007. |



Acting Director of the United States Patent and Trademark Office