IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIM ADLER and JIM S. ADLER, P.C., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-02494-S |
| | § | |
| ADAM RAMJI and RAMJI LAW GROUP, P.C., | § | **JURY DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jim S. Adler, P.C. and Jim Adler hereby voluntarily dismiss the captioned action against Defendants Adam Ramji and Ramji Law Group, P.C. without prejudice. Plaintiffs note that Defendants have not served an answer or filed a motion for summary judgment. Thus, dismissal by notice is proper.

Respectfully submitted,

Date: October 22, 2021

*s/ Jered E. Matthysse*
Jered E. Matthysse
Texas Bar No. 24072226
Giulio Yaquinto
Texas Bar No. 24107292
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Fax: (512) 322-5201
jmatthysse@pirkeybarber.com
gyaquinto@pirkeybarber.com

Kurt Kuhn
Texas Bar No. 24002433
KUHN HOBBS PLLC

                                        3307 Northland Drive, Suite 310
                                        Austin, Texas 78731
                                        Telephone: (512) 476-6005
                                        Fax: (512) 476-6002
                                        Kurt@KuhnHobbs.com

Date : October 22, 2021          *s/ Garrett W. Mize*
                                        Garrett W. Mize
                                        Texas Bar No. 24089610
                                        JIM S. ADLER and ASSOCIATES
                                        The Tower at City Place
                                        2711 North Haskell Avenue, Suite 2500
                                        Dallas, TX  75204
                                        Telephone: (214) 220-3224
                                        Fax: (214) 220-3233
                                        gmize@jimadler.com

                                        ATTORNEYS FOR PLAINTIFFS